## UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO, FLORIDA

**JACQUELINE GUNTER,**            Civil Action No.: 6:16-CV-28-ORL
     Plaintiff,

     and

**SPRINTCOM, INC., d/b/a**
**SPRINT PCS,** a foreign corporation**.**
     Defendants**.**
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Jacqueline Gunter, by and through the undersigned counsel, hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against Defendants.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 8, 2017, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and that a copy hereof will be electronically served by the electronic filing system upon all counsel of record.

                                           **/s/ Alisia Adamson**
                                           Alisia Adamson, Esq.
                                           FL Bar No. 60767
                                           Attorney for Plaintiff
                                           HAWM, PLLC
                                           1820 W. Colonial Dr.
                                           Orlando, FL 32804
                                           P: 407-802-3223
                                           F: 407-377-1971
             Primary email: aadamson@hawmlaw.com
            Secondary email: aalbury@hawmlaw.com